IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | § § § § § § § § § § § § | |
| Plaintiff, | | |
| vs. | | CIVIL ACTION NO. 1:21-CV-451 |
| DRAGON RIG SALES AND SERVICE, LLC and THE MODERN GROUP, LTD. | | |
| Defendants. | | |

**JOINT MOTION TO ENTER CONSENT DECREE**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Plaintiff Equal Employment Opportunity Commission ("Plaintiff") and Defendants Dragon Rig Sales and Service, LLC. and The Modern Group, Ltd. ("Defendants") (Plaintiff and Defendants are herein collectively referred to as "the Parties"), hereby move the Court to sign and enter the agreed proposed Consent Decree which is filed as an order to this Motion. In support of this Motion, the Parties would show the Court as follows:

1. The Parties have negotiated a resolution to this lawsuit.

2. In this lawsuit, Plaintiff alleged claims of disability discrimination, including failure to hire, under the Americans with Disabilities Act, as amended ("ADA"), 42 U.S.C. § 12101, *et seq.* Defendants deny the claims and allegations.

3. The Consent Decree, if entered by the Court, will resolve to the satisfaction of the Parties all issues raised in this lawsuit. The purposes of the ADA will be furthered by entry of the Consent Decree. The Parties therefore request the Court to approve and enter the Consent Decree.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendants jointly and respectfully request that the Court enter the Consent Decree which is filed with this Motion.

Respectfully submitted,

FOR PLAINTIFF EQUAL EMPLOYMENT OPPORTUNITY COMMISSION:

/s/ *Connie W. Gatlin*
CONNIE WILHITE GATLIN
Senior Trial Attorney
Attorney-in-Charge
Texas Bar No. 00792916
Federal I.D. No. 23624
connie.gatlin@eeoc.gov
346.327.7710 (direct dial)
713.651.7995 (facsimile)

CLAUDIA MOLINA-ANTANAITIS
Senior Trial Attorney
Maryland Bar No. 0212180252
claudia.molina@eeoc.gov
346.327.7711 (direct dial)
713.651.7995 (facsimile)

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Mickey Leland Federal Building
Houston District Office
1919 Smith St., 6th Floor
Houston, Texas 77002
(346) 327-7710 (direct)
(713) 651-7995 (fax)

FOR DEFENDANTS THE MODERN GROUP, LTD. AND DRAGON RIG SALES AND SERVICE, LLC:

/s/ *Larry J. Simmons, by permission, CWG*
LARRY J. SIMMONS
State Bar No. 00789628
Federal I.D. No. 18830

ljsimmons@germer.com
713.650.1313
713.739.7420 (facsimile)

CARMEN JO REJDA-PONCE
State Bar No. 2407919
Federal I.D. No. 1366666
crejdaponce@germer.com
713.650.1313
713.830.1297 (direct dial)
713.739.7420 (facsimile)

GERMER PLLC
America Tower
2929 Allen Parkway
Suite 2900
Houston, Texas 77019

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Joint Motion to Enter Consent Decree has been served on Defendants' counsel of record, on May 10, 2024, by electronic transmission via the Court's ECF system, as follows:

Larry J. Simmons
ljsimmons@germer.com
Carmen Jo Rejda-Ponce
crejdaponce@germer.com
GERMER PLLC
America Tower
2929 Allen Parkway
Suite 2900
Houston, Texas 77019

/s/ *Connie W. Gatlin*
Connie W. Gatlin