| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, §§§§§

      Plaintiff,

*versus*     §     CIVIL ACTION NO. 1:21-CV-451

THE MODERN GROUP, LTD., and
DRAGON RIG SALES & SERVICE, LLC,

      Defendants.

## ORDER

The parties' Joint Motion to Enter Consent Decree (#122), filed May 10, 2024, is GRANTED. The court will separately enter the parties' Consent Decree.

SIGNED at Beaumont, Texas, this 14th day of May, 2024.

                                   *Marcia A. Crone*
                                   MARCIA A. CRONE
                                   UNITED STATES DISTRICT JUDGE